# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| MARION WIGGS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. CV410-232 |
| | ) |
| JOEY WIGGINS, ROME FLOYD | ) |
| COUNTY PARKS AND RECREATION | ) |
| AUTHORITY, FLOYD COUNTY | ) |
| PRISON, and VALDOSTA STATE | ) |
| PRISON, | ) |
| | ) |
|     Defendants. | ) |

## **REPORT AND RECOMMENDATION**

Civil rights plaintiff Marion Wiggs has submitted for filing a 42 U.S.C. § 1983 complaint concerning allegations of misconduct by government officials in Floyd County, Georgia, which is within the jurisdiction of the United States District Court for the Northern District of Georgia.[1] (Doc. 1.) Since his claims arise from events that transpired in Floyd County and the defendants are located there, the proper forum for the action is in the Northern District of Georgia, Rome Division. 28 U.S.C. § 1391(b) (venue);

---

[1] He also names Valdosta State Prison as a defendant, but all of the facts he alleges relaate to events that occurred in Floyd County, Georgia. (Doc. 1 at 1, 5.)

28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects); 28 U.S.C. § 90(a)(3) (Rome division for Floyd County cases). Accordingly, this case should be transferred there for all further proceedings.

**SO REPORTED AND RECOMMENDED** this <u>7th</u> day of October, 2010.

／s／ _____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA